# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Allan C. Zuckerman

                        Plaintiff,

v.                                                       Case No.: 1:11–cv–04134
                                                        Honorable Blanche M. Manning

Legal Directories Publishing Co., Inc., et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, June 22, 2011:

      MINUTE entry before Honorable Blanche M. Manning: Plaintiff's motion to certify class [4] is stricken as premature. Plaintiff's motion to continue and enter plaintiff's preliminary motion for class certification [11] is denied as moot. Status hearing set for 7/26/2011 at 11:00 AM. Plaintiff shall be prepared to report on efforts to effect service.Mailed notice(rth, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.